EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON   #4532
Chief, Major Crimes Section

WES REBER PORTER    #7698
Assistant U.S. Attorney
PJKK Federal Bldg., Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:    wes.porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 22 2005

at ____ o'clock and ____ min. ____ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR05-00498 JMS |
| Plaintiff, ) | **INFORMATION** |
| vs. ) | |
| WAYNE KALAI MILLER, ) | Count 1: 18 U.S.C. § 2113(a) |
| Defendant. ) | Count 2: 18 U.S.C. § 924(c) |

**I N F O R M A T I O N**

Count 1
(bank robbery)

The United States Attorney charges:

On or about December 21, 2001, in the District of Hawaii, defendant WAYNE KALAI MILLER, did by intimidation, take from the person and presence of another money belonging to, and

in the care, custody, control, management, and possession of Windward Community Federal Credit Union, a bank as defined in Title 18, United States Code, Section 2113(f), in violation of Title 18, United States Code, Section 2113(a).

COUNT 2
(firearm during a crime of violence)

The United States Attorney further charges:

On or about December 21, 2001, in the District of Hawaii, defendant WAYNE KALAI MILLER, knowingly used and carried a firearm during and in relation to a "crime of violence," as that term is defined in Title 18, United States Code, Section 924(c)(3), to wit: the bank robbery as charged in Count 1.

All in violation of Title 18, United States Code, Section 924(c)(1).

Dated: November 22, 2005, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Chief, Major Crimes Section

_____
WES REBER PORTER
Assistant U.S. Attorney