The Honorable J. Michael Seabright

Judge

United States District Court – District of Hawaii

300 Ala Moana Boulevard

Honolulu, Hawaii 96850


Dear Judge Seabright:

Hi my name is Annie Pedro. I am the mother of Wayne Miller. I am writing this letter on my son's behalf, as I know that he is awaiting his sentencing.

Wayne was born on May 9, 1983. He has three sisters – Trisha, Shyla, and Johnna. Wayne is the oldest child and grandchild on the Miller side of the family. Two months after Wayne was born, I met Sterling Pedro, my husband and father of our three daughters. Wayne's biological father always denied him and so Sterling took over the father role. Wayne was like a bouncing ball the first two to three years of his life. He would go from one family to another for days at a time because I was never in touch with my own self.

I was 19 years old when I had Wayne and knew absolutely nothing about raising a child. I was fortunate to have lots of family to help me out. But some times I wonder if it was in Wayne's best interest.

As a toddler, Wayne was very athletic. When he was 5 years old, he played baseball. He was a very good player and made All-Stars every year. In the summer at the age of 7, he started playing football for Waimanalo Pop-Warner. He played football until his weight became a problem for him to play.

Through Wayne's childhood he has been through a lot of emotional ups and downs. He has seen a lot of violence and corruptness from myself, my husband, my father and other family members. He has witnessed abuse to myself from both my father and husband. From these experiences, he has learned to take care of his sisters.

He really cares for and loves his sisters very much, but just doesn't know how to show it. His sisters also feel the same way towards him. Our family was brought up not knowing how to express their true feelings. We all just took each other's love for granted.

Through his teenage years, he struggled with school, but with the help of counselors and his own motivation, he did it! He was able to graduate at Kailua High School with his class. He was then going to join the National Guard, but because of medical reasons, he was not accepted. He was planning on going to college, but that didn't work out either. From there, he got a job.

A year later, he met the girl of his dreams, Crystal. She is a very caring and loving person and I was very happy for him. I have never seen Wayne so serious about a relationship like this one. She made him very happy and he was finally settling down. He was planning to move with her to Vegas.

If god would grant me one wish, it would be to put my son back into my womb and start all over again. If I had the strength and courage that I have today, life would have been totally different 20 years ago. I can not turn back time, but all I can do is ask for forgiveness from my children and to never make those mistakes ever again. Even though Wayne doesn't know how to express himself, deep in his heart, I know he feels the same way.

Your honor please be lenient with my son's sentencing. I pray everyday that soon we can be reunited as a family and learn from our mistakes. I know that when Wayne is released, he will become a leader and not a follower because he finally realizes friends come and go, but family is forever. I know at one time our family was very dysfunctional, but we are all healing and asking god to lead us in his faith. Wayne is a young man, who followed his friends and made a bad choice, but I pray that his consequences are minimal, and I know that he will never be in this situation again.

I thank-you very much for taking the time to read this letter.

Sincerely,

Annie Pedro