Tuesday, March 7, 2006

To whom it may concern,

My name is Trisha Pedro and I am writing this letter on behalf of my brother, Wayne Miller. Although, my brother, Wayne Miller is being accused of these crimes, he is a very kindhearted person. He doesn't belong spending a long time in prison. Wayne and I grew up in a world of physical and emotional abuse, along with our parents partying almost every night. My brother did everything he could to take care of me from before I could walk--I am twenty years old now.

Despite these accusations, I am very fond of my brother because he is a truly loving person. In these past few years, Wayne started to change his outlook on life. Conversations we had in recent years, he'd tell me about his goals for his life, what he wanted to do when he was financial stable, and about starting a family with a girl he was in love with. It always made me excited to hear him talk about his plans for his life because he never cared about anything in the past. Wayne would always have a negative remark for everything. Even though I believe that everyone should be accountable for his or her actions, certain circumstances in a person's life may also contribute to irrational decisions, like committing crimes.

All the men in Wayne's life: his father, his grandfather, and his godfather, were horrible role models for Wayne. Growing up we had a very dysfunctional family. Our father would beat our mother on a daily basis. I remember mornings that my mother would have black eyes, a fat lip, swollen areas all over her body, and bruises covering her face, arms, legs, back, and stomach. Our grandfather also was violent with is children (my mother and her siblings), and my grandmother. Wayne's godfather, an uncle of ours, has been in and out of jail since I was in

elementary school. Wayne used to really idolize his godfather because they were so close. The three most significant male figures in my brother's life showed him a poor example of how to be a man.

My brother is a good person and many people love and miss him. Please have sympathy when sentencing my brother. Everyone makes mistakes and I believe that everyone deserves a second chance.

*Trisha Pedro*

Trisha Pedro